# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Andrea J. Halverson,                                  Civil No. 06-1037 (DWF/AJB)

      Plaintiff,

v.                                                                                          **ORDER**

ChoicePoint Services, Inc.,

      Defendant.

---

Thomas J. Lyons, Jr., Esq., consumer Justice Center, PA; and Thomas J. Lyons, Sr., Esq., Lyons Law Firm, P.A., counsel for Plaintiff.

Daniel Q. Poretti, Esq., and Gregory A. Bromen, Esq., Rider Bennett LLP; and Gregory M. Davis, Esq., and Pamela Quigley Devata, Esq., Seyfarth Shaw, counsel for Defendant.

---

Based on the Stipulation of Dismissal (Doc. No. 15) filed herewith, this Court hereby orders that Plaintiff's Complaint against Choice Point Inc. shall be, and herewith is, **DISMISSED WITH PREJUDICE** without costs, disbursements, or attorney fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 10, 2006            s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           Judge of United States District Court